SPECTOR GADON ROSEN VINCI P.C.
Attorneys at Law

sgrvlaw.com

**Heather M. Eichenbaum***

Direct Dial Number
215.241.8856
Direct Fax Number
215.531.9129
heichenbaum@sgrvlaw.com

** Please reply to the Philadelphia Office

**Philadelphia Office**
One Logan Square
130 N. 18th Street
Suite 1800
Philadelphia, PA 19103
215.241.8888

**New York Office**
305 Broadway
7th Floor
New York, NY 10007
212.520.1195

**New Jersey Office**
One Greentree Centre
10000 Lincoln Drive East
Suite 201
Marlton, NJ 08053
856.988.5490

* Admitted to practice: PA, NY, NJ

July 29, 2026

The Honorable Julia K. Munley
United States District Court
for the Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

***Via* ECF**

**Re: Bogg Bag, Inc. v. Great Wolf Resorts, Inc., *et al.***
**Civil Action No.: 3:26-cv-01708-JKM**
**Our File No. 060700-0062**

Dear Judge Munley:

Please be advised that I have just been retained as local counsel for the four (4) Defendants in the above-referenced matter. I am writing with consent of all parties to request an extension of the deadline for filing a response to plaintiff's Complaint.

The action involves a complex trademark matter, with several claims alleged by the plaintiff in its Complaint. While I am getting up to speed on the facts and claims, the parties are actively engaged in discussions in an attempt to amicably resolve this matter. The requested extension, of thirty (30) days, will allow the parties to fully explore resolution without the pressure of an impending filing deadline or the distraction of adverse pleadings being filed.

At present, plaintiff claims proper service of original process on each of the Defendants on July 14, 2026, resulting in a deadline of August 4, 2026, for response to the Complaint. An extension of thirty (30) days, if approved by Your Honor, would move that filing deadline for each of the four (4) Defendants to September 3, 2026.

Thank you for your attention to this time-sensitive matter. Of course, I am available to answer any questions or address any concerns that Your Honor may have.

Respectfully submitted,

**HEATHER M. EICHENBAUM**

HME:ns

cc: all counsel of record, via ECF