**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT : 3:26CV1708

**PETITION**

I, Kieran G. Doyle, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: 114 West 47th Street
New York, NY 10036-1525

Office phone: 212-790-9261

Email Address: kgd@cll.com

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Bar of the State of New York (1996);
Eastern District of New York (1996);
Southern District of New York (1999)

My attorney Identification number is: 2745040 (NY)

FOR COURT USE ONLY

______GENERAL ADMISSION:

GRANTED BY THE COURT: ____________________ Date: ______________

x ____SPECIAL ADMISSION:

GRANTED BY THE COURT *s/Julia K. Munley* Date: 7/30/26