**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT : 3:26CV1708

**PETITION**

I, Jaime A. Berman, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: 114 West 47th Street
New York, NY 10036-1525

Office phone: 212-790-9293

Email Address: jab@cll.com

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

State Bar of New York (2018),
Southern District of New York (2019),
Eastern District of New York (2019), 2nd Circuit (2025).

My attorney Identification number is: 5300143 (NY)

FOR COURT USE ONLY

______GENERAL ADMISSION:

GRANTED BY THE COURT: ____________________ Date: ______________

x SPECIAL ADMISSION:

GRANTED BY THE COURT s/*Julia K. Munley* Date: 7/30/26