**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BOGG BAG, INC.,**<br>**Plaintiff**<br><br>**v.**<br><br>**GREAT WOLF RESORTS, INC.; GREAT WOLF LODGE OF THE POCONOS, LLC; GREAT WOLF RESORTS HOLDINGS, INC.; and GREAT WOLF RESORTS INTERMEDIATE HOLDINGS, LLC,**<br>**Defendants** | : | **No. 3:26cv1708**<br><br>**(Judge Munley)** |

**ORDER**

**AND NOW**, to wit, this 30th day of July, 2026, upon consideration of the letter request from counsel for defendants for an extension of time to respond to the complaint, (Doc. 12), which indicates that it was filed with the consent of all parties, and representations that the parties will use this extended time to explore settlement, it is hereby **ORDERED** that:

1) With good cause shown, the request is **GRANTED**;
2) Defendants shall answer, file a Rule 12 motion, or otherwise respond to plaintiff's complaint on or before **September 3, 2026**; and
3) The parties shall negotiate in good faith in an effort to resolve this matter.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court